STATE OF NEW JERSEY v. JAMES ROWE.

January 18, 1973. Petition for certification denied.

ANGEL LOUIS TORRES v. TRENTON TIMES NEWSPAPER.

January 18, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. ARNOLD BANKS.

January 18, 1973. Petition for certification denied.

AGNES MAGNER v. BETH ISRAEL HOSPITAL.

January 18, 1973. Petition for certification denied. (See 120 *N. J. Super.* 529)

ANTHONY CUIFFO v. GIOVANNI C. GIANNI v. GREGORY IRVING WALTERS.

January 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. LEON G. BELL.

January 18, 1973. Petition for certification denied.